AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Grey Motorola i450 Cellular Telephone
Serial Number: 364KGECCTW

**SEARCH WARRANT**

Case Number: **'08 MJ 8170**

FILED MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: **CRAIG MOORE** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **CRAIG MOORE** (Affiant) who has reason to believe

that ☐ on the person of, or ✓ on the premises known as (name, description and/or location)
**REFER TO ATTACHMENT A**

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **March 6, 2008**
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime — 6:00 A.M. to 10:00 P.M.~~ | at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
**PETER C. LEWIS** as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

**2-25-08 @ 11:56 a.m.** at **EL CENTRO, CALIFORNIA**
Date and Time Issued                      City and State

Peter C. Lewis, U. S. Magistrate Judge                 [signature]
Name and Title of Judge                                Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 08 MJ 8170 | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/25/2008 | DATE AND TIME WARRANT EXECUTED<br>2/29/08 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Copy of warrant left in property bag |
| INVENTORY MADE IN THE PRESENCE OF<br>DEA Special Agent Jeff Butler / DEA Task Force Officer Craig Moore | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Numbers in contact list downloaded from cell phone
Numbers in recent calls list downloaded from cell phone
Individual cell number recovered from cell phone
Individual UFMI number (push to talk) number recovered from cell phone

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                      3-21-08
Signature of Judge                                            Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One grey Motorola i450 cellular phone (Serial Number 364KGECCTW) without photo capabilities, that was found on the person of Monique Mills at the Midway Camp Ground.

The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry;

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846